IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

SAMARIA WRIGHT,

    Plaintiff,

v.                                         Case No. 20-CV-1682

ANTHONY EVERS, et al. ,

    Defendants.

## MOTION TO STAY DISCOVERY AND CASE DEADLINES

PLEASE TAKE NOTICE that Defendants Tony Evers and Kevin Carr, by and through their attorneys, Wisconsin Attorney General Joshua L. Kaul and Assistant Attorneys General Jeffery A. Simcox and Rachel L. Bachhuber, hereby move the Court for an order as follows: Staying all discovery and case deadlines, including any response to Plaintiff's Motion for Preliminary Injunction filed with the Court on January 5, 2021, until such time as the Court renders a decision on the Defendants' Motion to Dismiss. The Defendants' Motion to Dismiss, if granted, will result in the complete dismissal of this case and discovery on the merits of Plaintiff's case is irrelevant to the issues raised in the Defendants' Motion to Dismiss. This motion will not be accompanied by additional briefing or declarations.

Dated this 12th day of January, 2021.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

RACHEL L. BACHHUBER
Assistant Attorney General
State Bar #1052533

/s/ Jeffery A. Simcox
JEFFERY A. SIMCOX
Assistant Attorney General
State Bar #1116949

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0188 (Bachhuber)
(608) 266-3861 (Simcox)
(608) 267-8906 (Fax)
bachhuberrl@doj.state.wi.us
simcoxja@doj.state.wi.us