IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SAMARIA WRIGHT, | ) |
| *Plaintiff*, | ) |
| v. | ) No. 2020 cv 1682 |
| ANTHONY STEVEN EVERS, in His official capacity as Governor of the State of Wisconsin, and KEVIN A. CARR, in his official capacity as Secretary of the Wisconsin Department of Corrections, | ) |
| *Defendants*. | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants Anthony Steven Evers and Kevin A. Carr, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: February 3, 2021

| | |
|---|---|
| /s/ Sheryl Ring | s/ Jeffery A. Simcox |
| Sheryl Melanie Ring, Esq. | Jeffery Simcox, Esq. |
| 518 South Route 31 | State of Wisconsin Dept. of Justice |
| Suite 113 | Civil Litigation Unit |
| McHenry, Illinois 60050 | 17 West Main Street, P.O. Box 7857 |
| sheryl@sherylringlaw.com | Madison, Wisconsin 53707 |
| *Attorney for Plaintiff* | simcoxja@doj.state.wi.us |
| | *Attorneys for Defendants* |